**Michael A. WILLIAMS, Petitioner–Appellant,**

v.

**HUTTONSVILLE CORRECTIONAL CENTER; William S. Haines, Warden; James T. Parker, Administrator, Huntington Work Release Center; Paul Kirby, Commissioner, Division of Corrections, Respondents–Appellees.**

No. 01–6476.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Dec. 12, 2001.

Michael A. Williams, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Michael A. Williams appeals the district court's order dismissing without prejudice his petition under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001), pursuant to Williams' request for voluntary dismissal. A Fed.R.Civ.P. 41(a)(1) voluntary dismissal without prejudice is not appealable. *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 555 (9th Cir.1986). We accordingly deny a certificate of appealability and dismiss Williams' appeal of this nonappealable order. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*